J-S58042-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| CHAD MULHOLLAND | |
| Appellant | No. 746 MDA 2015 |

Appeal from the Judgment of Sentence March 2, 2015
In the Court of Common Pleas of Berks County
Criminal Division at No(s): CP-06-CR-0002537-2014

BEFORE: GANTMAN, P.J., OLSON, J., and PLATT, J.*

MEMORANDUM BY GANTMAN, P.J.:               **FILED OCTOBER 02, 2015**

Appellant, Chad Mulholland, appeals from the judgment of sentence entered in the Berks County Court of Common Pleas, following his jury trial convictions for the offenses of possession of drug paraphernalia and possession of a small amount of marijuana.[1]

In its opinion, the trial court fully and correctly sets forth the relevant facts and procedural history of this case. Therefore, we have no reason to restate them.

Appellant raises the following issues for our review:

WHETHER THE EVIDENCE WAS INSUFFICIENT TO

_____

[1] 35 P.S. §§ 780-113(a)(32) and (31)(i), respectively.

_____

*Retired Senior Judge assigned to the Superior Court.

SUPPORT THE GUILTY VERDICTS SINCE THE COMMONWEALTH FAILED TO PROVE BEYOND A REASONABLE DOUBT THAT [APPELLANT] WAS IN ACTUAL OR CONSTRUCTIVE POSSESSION OF MARIJUANA OR DRUG PARAPHERNALIA.

WHETHER THE GUILTY VERDICTS WERE AGAINST THE WEIGHT OF THE EVIDENCE WHERE THE BASIS OF [APPELLANT'S] CONVICTION WAS THE TESTIMONY OF A WOMAN WHO WAS NOT CREDIBLE, GIVEN THAT THE JURY HAD FOUND [APPELLANT] NOT GUILTY OF OTHER COUNTS BASED ON THE SAME TESTIMONY.

(Appellant's Brief at 5).

After a thorough review of the record, the briefs of the parties, the applicable law, and the well-reasoned opinion of the Honorable Thomas G. Parisi, we conclude Appellant's issues merit no relief. The trial court opinion comprehensively discusses and properly disposes of the questions presented. (**See** Trial Court Opinion, filed June 11, 2015, at 2-8) (finding: **(1)** Appellant's girlfriend testified that she argued with Appellant because he was using drugs and she was pregnant; Appellant's girlfriend testified that pipe and marijuana belonged to Appellant; Appellant confirmed he shared with his girlfriend bedroom where marijuana was found; Appellant's girlfriend testified she found pipe in apartment she shared with Appellant; jury could reasonably infer Appellant had equal access to, and ability and intent to exercise conscious dominion over, marijuana and paraphernalia found in residence; under theory of constructive possession, evidence was sufficient to support Appellant's convictions; **(2)** evidence presented at trial was not contrary to jury verdict; jury was free to weigh testimony of each

witness and determine which evidence it found credible; verdict did not shock court's conscience). Accordingly, we affirm on the basis of the trial court's opinion.

Judgment of sentence affirmed.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary


Date: 10/2/2015